UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. ) 05-10999 RCL |
| SYSTRANS FREIGHT SYSTEMS, INC. | ) ) |
| Defendant. | ) ) |

**PLAINTIFF IRON MOUNTAIN INFORMATION MANAGEMENT, INC.'S STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 7.3**

Pursuant to Fed. R. Civ. P. 7.1 and LR. 7.3, plaintiff Iron Mountain Information Management, Inc. ("Iron Mountain") hereby identifies any parent corporation or publicly held company that owns 10% or more of their stock: Iron Mountain is owned in its entirety by Iron Mountain Incorporated (NYSE: IRM).

IRON MOUNTAIN INFORMATION MANAGEMENT, INC.

By its attorneys,

May 13, 2005

_____
Ira K. Gross (BBO #212720)
*igross@sandw.com*
Samual A. Miller (BBO #648568)
*smiller@sandw.com*
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800

{B0405648; 1}