UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> SYSTRANS FREIGHT SYSTEMS, INC., <br><br> Defendant. | CIVIL ACTION NO. 05 10999 RCL |

### PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65, Plaintiff, Iron Mountain Information Management, Inc. ("Iron Mountain"), by its attorneys, Sullivan & Worcester LLP, hereby moves the Court for a preliminary injunction and order enjoining Defendant, Systrans Freight Systems, Inc. ("Systrans"), its principals, agents and all others acting in concert with it who have notice thereof, during the pendency of this action, from (i) selling or otherwise transferring or disposing of confidential and proprietary information regarding Iron Mountain, and (ii) commencing or pursuing any collection activities against Iron Mountain customers on invoices Systrans acknowledged and agreed would not be paid by Iron Mountain. Absent an injunction, Iron Mountain will suffer immediate and irreparable injury, loss and damage, all as set forth in greater detail in Iron Mountain's supporting memorandum of law and the affidavits of Garry B. Watzke and Robert Glenn Miller, submitted herewith.

### REQUEST FOR ORAL ARGUMENT

Iron Mountain requests oral argument for this motion.

-2-

**WHEREFORE**, Iron Mountain respectfully requests that this Court enter preliminary injunction in the form of the Proposed Preliminary Injunction submitted herewith.

**IRON MOUNTAIN INFORMATION MANAGEMENT, INC.**

By its attorneys,

May 20, 2005

/s/ Samual A. Miller
Ira K. Gross (BBO #212720)
*igross@sandw.com*
Samual A. Miller (BBO #648568)
*smiller@sandw.com*
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA  02109
(617) 338-2800

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 20th day of May, 2005, served on counsel listed below, by email and FedEx, a true and correct copy of the foregoing **Plaintiff's Motion for Preliminary Injunction**.

Read K. McCaffrey, Esq.<br>
Patton Boggs LLP<br>
2550 M Street, NW<br>
Washington, DC  20037

/s/ Samual A. Miller
Samual A. Miller

-3-

{B0407446; 1}