# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

IRON MOUNTAIN INFORMATION
MANAGEMENT, INC.

V.

SYSTRANS FREIGHT SYSTEMS, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 - 10999 RCL**

TO: (Name and address of Defendant)

Systrans Freight Systems, Inc.
571 West Lake Avenue, Suite 5
Bay Head, New Jersey

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ira K. Gross, Esq.
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA  02109
(617) 338-2800

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                                    5-13-05

CLERK                                                                DATE

(By) DEPUTY CLERK

| | |
|---|---|
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC.<br><br>V.<br><br>SYSTRAN FREIGHT SYSTEMS, INC. | UNITED STATES DISTRICT COURT<br>DISTRICT OF MASSACHUSETTS<br><br>Docket/Index # 05-10999 RCL<br><br>Affidavit of Service |

State of New Jersey
                    SS:
County of MIDDLESEX

I, **Robert F. Taylor** being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in, the State of New Jersey.

That on **May 17, 2005** at **1:44 PM**, deponent served the within named **Summons together with a copy of the Complaint in this action** upon **SYSTRAN FREIGHT SYSTEMS, INC.**, Defendant. Said service was effected at **SYSTRAN FREIGHT SYSTEMS, INC., 571 W LAKE AVE, BAY HEAD, NJ** , in the following manner;

A domestic/foreign corporation, by delivering thereat a true copy of each to **CAROL GREEN** personally. Deponent knew said corporation so served to be the corporation described as **SYSTRAN FREIGHT SYSTEMS, INC.** and knew said individual to be the **BOOKKEEPER/PERSON-IN-CHARGE** thereof, an authorized person to accept service of process.

**CAROL GREEN** is described to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Female**  Skin: **Caucasian**  Hair: **Blonde**  Age(Approx): **56**  Ht.(Approx): **5' 8"**  Wt.(Approx): **160-170 lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on May 17, 2005

Robert F. Taylor, Process Server
BEACON HILL RESEARCH, INC.
6 BEACON ST STE 825
BOSTON, MA 02108
617-975-4565

CLS # 3693

Dolores J. Taylor
My commission expires 4/28/09