# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC. )<br><br>Plaintiff, )<br><br>v. )<br><br>SYSTRANS FREIGHT SYSTEMS, INC. )<br><br>Defendant ) | Civil Action No.<br>05-10999-RCL |

To the Clerk:

    Please enter my appearance on behalf of defendant Systrans Freight Systems, Inc.

 

Kathleen C. Stone  BBO#481920
Looney, Cohen, Reagan & Aisenberg LLP
109 State Street
Boston, MA  02109
May ___, 2005     617-371-1050