UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC.<br><br>Plaintiff,<br><br>v.<br><br>SYSTRANS FREIGHT SYSTEMS, INC.<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.<br>05-10999-RCL |

MOTION FOR ADMISSION *PRO HAC VICE* OF READ C. McCAFFREY

Now comes Kathleen C. Stone, Esq., and hereby moves, pursuant to Local Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, for the admission *pro hac vice* of Read C. McCaffrey in the above-captioned action to appear and practice before this Court on behalf of the defendant Systrans Freight Systems, Inc. In support of this motion and based upon the attached Affidavit of Read C. McCaffrey and representations made to me, the undersigned states as follows:

1. Read C. McCaffrey is a member of the law firm of Patton Boggs LLP, 2550 M Street, N.W., Suite 500, Washington, D.C. 20037-1350, telephone 202-457-5243, facsimile 202-457-6315.

2. Mr. McCaffrey is admitted to practice as a member of the Bar of the State of Maryland and the Bar of the District of Columbia, and he is a member in good

standing admitted to practice before the Courts of Appeals for the Fourth Circuit, the Eleventh Circuit and the District of Columbia Circuit, before the United States District Courts for the District of Maryland and the District of Columbia and the Maryland State Courts and the District of Columbia Courts.

3. Mr. McCaffrey is not subject to pending disciplinary proceedings in any jurisdiction in which he has been admitted to practice, nor has he been denied admission or been disciplined by any court or administrative body.

WHEREFORE, the undersigned respectfully requests that this Court admit Read C. McCaffrey *pro hac vice* to appear and practice on behalf of the defendant Systrans Freight Systems, Inc.

Respectfully submitted,

_____
Kathleen C. Stone #481920
Looney, Cohen, Reagan & Aisenberg LLP
109 State Street
Boston, MA 02109
(617) 371-1050

May ___, 2005

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC.<br><br>Plaintiff,<br><br>v.<br><br>SYSTRANS FREIGHT SYSTEMS, INC.<br><br>Defendant | Civil Action No.<br>05-10999-RCL |

### AFFIDAVIT OF READ C. McCAFFREY
### IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Read C. McCaffrey, being duly sworn, depose and state:

1. I am over the age of 18 years and am a resident of the State of Maryland.

2. I am a member of the law firm of Patton Boggs LLP, 2550 M Street, N.W., Suite 500, Washington, D.C. 20037-1350.

3. In support of the Motion for Admission *Pro Hac Vice* in the above-captioned case, I state that (a) I am a member of the bar in good standing in every jurisdiction(s) where I have been admitted to practice (Maryland and the District of Columbia); (b) I am not subject to any disciplinary proceedings as a member of the bar in any jurisdiction, nor have I been disciplined or denied admission by any court or

administrative body; and (c) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: May 20, 2005

                                                     Read C. McCaffrey

District of Columbia

On the 20th day of May 2005 before me, the undersigned notary public, personally appeared Read C. McCaffrey, proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed on the within instrument by [check one ]: _____ photo identification; _____ credible witness; or ✓ personal knowledge, and acknowledged to me that he signed it voluntarily for its stated purpose.

                                            Sandra L. Fricke
                                            Notary Public
                                            My commission expires: Aug. 31, 2009