UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> SYSTRANS FREIGHT SYSTEMS, INC., <br><br> Defendant. | CIVIL ACTION <br> NO. 05-10999.RCL MLW |

### STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto, that:

1. Systrans Freight Systems, Inc. ("Systrans"), as well as its principals and agents and all others acting in concert with them who receive notice of this Stipulated Order, agrees to refrain from disclosing, selling, transferring, or otherwise disposing of any information (including without limitation customer names, customer contact information, charges for deliveries to customers and volume and frequency of deliveries developed from information from Iron Mountain) belonging to Iron Mountain Information Management, Inc. ("Iron Mountain"), or any device containing any of Iron Mountain's information, that is currently in Systrans' possession, custody or control;

2. Systrans, as well as its principals and agents and all others acting in concert with them who receive notice of this Stipulated Order, agrees to refrain from contacting any Iron Mountain customers demanding payment for any deliveries that Systrans arranged pursuant to the May 1, 2003 contract between Iron Mountain and Systrans;

{B0410803; 2}



-2-

3. Systrans agrees to provide Iron Mountain on or before June 13, 2005 with a full, complete and detailed inventory of any and all of Iron Mountain's information that is currently in Systrans' possession, custody or control; and

4. Iron Mountain agrees to withdraw, as moot, its Motion for Preliminary Injunction dated May 20, 2005.

Dated: May 27, 2005

_____
Ira K. Gross (BBO # 212720)
igross@sandw.com
Samual A. Miller (BBO # 648568)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800

Counsel for Plaintiff Iron Mountain
Information Management, Inc.

_____
Kathleen C. Stone (BBO # 481920)
LOONEY, COHEN REAGAN &
 AISENBERG LLP
109 State Street
Boston, MA 02109
(617) 371-1050

Read K. McCaffrey
PATTON BOGGS LLP
2550 M Street, NW
Washington, D.C. 20037
(202 457-5243
rmccaffrey@pattonboggs.com

Counsel for Defendant Systrans
Freight Systems, Inc.

SO ORDERED:

_____
United States District Judge
June 13 , 2005

{B0410803; 2}