UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC., <br><br> Plaintiff and Counterclaim Defendant <br><br> v. <br><br> SYSTRANS FREIGHT SYSTEMS, INC., <br><br> Defendant and Counterclaim Plaintiff | CIVIL ACTION NO. 05-10999-MLW |

## MOTION TO DISMISS COUNTERCLAIMS

Pursuant to Fed. R. Civ. P. 12(b)(6), Counterclaim-Defendant Iron Mountain Information Management, Inc. ("Iron Mountain"), by its attorneys, Sullivan & Worcester LLP, respectfully moves to dismiss the Counterclaims of Defendant and Counterclaim-Plaintiff Systrans Freight Systems, Inc., for failure to state any claim upon which relief could possibly be granted. The grounds for this motion are more fully set forth in Iron Mountain's accompanying memorandum of law.

Wherefore, Iron Mountain respectfully request that this Court enter an order dismissing the Counterclaims with prejudice.

## REQUEST FOR ORAL ARGUMENT

Iron Mountain believes that oral argument may assist the Court and wishes to be heard on these issues.

Respectfully Submitted,

**IRON MOUNTAIN INFORMATION MANAGEMENT, INC.**

By its attorneys,

July 14, 2005

/s/  Samual A. Miller
Ira K. Gross (BBO #212720)
*igross@sandw.com*
Samual A. Miller (BBO #648568)
*smiller@sandw.com*
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts  02109
(617) 338-2800

## LOCAL RULE 7.1 CERTIFICATION

On July 14, 2005, I conferred with counsel for the Defendant and counsel for the Defendant did not assent to the relief requested in this motion.

/s/ Samual A. Miller
Samual A. Miller

{B0423692; 1}