UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**IRON MOUNTAIN INFORMATION MANAGEMENT**   CIVIL CASE
                                            NO. 05-10999-MLW

    V.

**SYSTRANS FREIGHT SYSTEMS**
         Defendant(s)

**WOLF, D.J.**                **NOTICE OF RESCHEDULING**

   The SCHEDULING CONFERENCE previously scheduled for SEPTEMBER 8, 2005 at 10:30 A.M. before Judge Wolf, has been has been CANCELLED.

                                            SARAH A. THORNTON
                                            CLERK OF COURT

**August 25, 2005**              By:   /s/ Dennis O'Leary
Date                                   Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96)                                                [ntchrgcnf.]