UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
IRON MOUNTAIN INFORMATION    )
MANAGEMENT, INC.,            )
     Plaintiff,              )
                             )
     v.                      )   C.A. No. 05-10999-MLW
                             )
SYSTRANS FREIGHT SYSTEMS, INC.)
ET AL.,                      )
     Defendants.             )
```

ORDER

WOLF, D.J.                                    January 23, 2006

After consultation with Judge Reginald Lindsay, it is hereby ORDERED that:

1. Defendant and Counter-Plaintiff Systrans Freight Systems, Inc.'s Motion to Consolidate (Docket No. 16) is ALLOWED.

2. This case shall be transferred to Judge Lindsay, to whom the first filed related case, <u>Iron Mountain et al. v. Thomas Carr</u>, C.A. No. 05-10890 is assigned. <u>See</u> Rule 40.1(G) and (H) of the Local Rules of the United States District Court for the District of Massachusetts. This court understands that Judge Lindsay intends to refer this case to Magistrate Judge Robert Collings, to whom the related case has been referred.

                                    /S/ MARK L. WOLF
                                    UNITED STATES DISTRICT JUDGE