## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RE:    Civil No.   05-10999-MLW

  Title:   IRON MOUNTAIN INFORMATION MANAGEMENT, INC. v SYSTRANS
FREIGHT SYSTEMS, INC., et al

### N O T I C E

          Please take notice that the above-entitled case previously assigned to

Judge WOLF  has been transferred to Judge LINDSAY  for all further proceedings.

From this date forward the case number on all pleadings should be followed by the

initials RCL .

          Thank you for your cooperation in this matter.


                                              SARAH A. THORNTON
                                              CLERK OF COURT


                              By:    /s/ Dennis O'Leary
                                     Deputy Clerk

Date:  January 23, 2006


_____          Please NOTE that the above case has been transferred to the Western
                Division in Springfield.  All future filings should be made at the Clerk's
                Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA
                01103.

_____          Please NOTE that the above case has been transferred to the Central
                Division in Worcester.  All future filings should be made at the Clerk's
                Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA
                01608-2076.


Copies to:      Counsel


(not-transfer.wpd - 12/98)                              [ntccsasgn.]