UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | CHAPTER 7 |
| ) | CASE NO. 05-23127-WCH |
| JAMES FREDERICK POMEROY, II ) | |
|     Debtor. ) | |
| ) | |
| ) | |
| ) | |
| INTERNATIONAL STRATEGIES ) | |
| GROUP, LTD. ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | ADVERSARY |
| ) | PROCEEDING NO. 06-01064 |
| JAMES FREDERICK POMEROY, II ) | |
|     Defendant. ) | |
| ) | |

NOTICE OF CHANGE OF ADDRESS

Please note the new address and phone number for Kathleen C. Stone, as of June 16, 2006.

Kathleen C. Stone, Esq.
43 Union Park
Boston, MA 02118
617-348-2880
stone@kathleenstonelaw.com

INTERNATIONAL STRATEGIES GROUP, LTD.,
By its Attorney,

/s/ Kathleen C. Stone
Kathleen C. Stone , BBO# 421980
43 Union Park
Boston, MA 02118
617-348-2880

Dated: June 2, 2006