**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| IRON MOUNTAIN INCORPORATED; IRON MOUNTAIN INFORMATION MANAGEMENT, INC.; C. RICHARD REESE; JOHN F. KENNY, JR.; GARRY B. WATZKE; LARRY L. VARN; and CHARLES G. MOORE, | ) ) ) ) ) ) ) | |
| Plaintiffs and Counter-Defendants, | ) ) ) | Civil Action No. 05 10890 RCL |
| v. | ) ) | |
| THOMAS CARR, | ) ) | |
| Defendants and Counter-Plaintiff. | ) ) ) | |
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05 10999 RCL |
| SYSTRANS FREIGHT SYSTEMS, INC., | ) ) | |
| Defendant. | ) ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Lisa M. Hodes of Sullivan & Worcester LLP for Plaintiffs and Counter-Defendants Iron Mountain Incorporated, Iron Mountain Information Management, Inc., C. Richard Reese, John F. Kenny, Jr., Garry B. Watzke, Larry L. Varn and Charles G. Moore, in the above matter.

{B0556547; 1}

                                                     Respectfully submitted,

September 21, 2006                    /s/  Lisa M. Hodes
                                        Lisa M. Hodes (BBO# 660444)
                                        SULLIVAN & WORCESTER LLP
                                        One Post Office Square
                                        Boston, MA 02109
                                        lhodes@sandw.com
                                        (617) 338-2800

                                               Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 21, 2006.

                                                                   /s/ Lisa M. Hodes