UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRON MOUNTAIN INCORPORATED; IRON MOUNTAIN INFORMATION MANAGEMENT, INC.; C. RICHARD REESE; JOHN F. KENNY, JR.; GARRY B. WATZKE; LARRY L. VARN; and CHARLES G. MOORE,<br><br>    Plaintiffs and<br>    Counterclaim Defendants,<br><br>v.<br><br>THOMAS CARR,<br><br>    Defendant and<br>    Counterclaim Plaintiff, | Civil Action No. 05 10890 RCL |
| IRON MOUNTAIN INFORMATION MANAGEMENT, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SYSTRANS FREIGHT SYSTEMS, INC.,<br><br>    Defendant. | Civil Action No. 05 10999 RCL |

## NOTICE OF WITHDRAWAL OF LISA M. HODES

Lisa M. Hodes hereby withdraws as counsel for Plaintiffs in the above-captioned action. Please note that Ira K. Gross and Kevin M. Colmey of Sullivan & Worcester LLP will continue to appear on behalf of Plaintiffs.

{B0588681; 1}

Case 1:05-cv-10999-RCL    Document 37    Filed 12/21/2006    Page 2 of 2

Respectfully submitted,

Dated: December 21, 2006

**IRON MOUNTAIN INCORPORATED, IRON MOUNTAIN INFORMATION MANAGEMENT, INC., C. RICHARD REESE, and LARRY L. VARN**

By their attorneys,

_____/s/ Kevin M. Colmey_____
Ira K. Gross (BBO #212720)
*igross@sandw.com*
Kevin M. Colmey (Admitted *Pro Hac Vice*)
*kcolmey@sandw.com*
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 21, 2006.

/s/ Kevin M. Colmey

- 2 -

{B0588681; 1}